RICHARDS *v.* LITTLE.

The code, ¿4065, declaring that no ground of error shall be insisted upon which is not distinctly set forth in the petition for *certiorari,* and it not appearing what ground, if any, was set forth in the petition in the present case, this court cannot hold that the superior court erred in dismissing the *certiorari* or in striking the traverse filed to the answer of the justice of the peace. *Western & Atlantic R. R. Co.* v. *Jackson,* 81 *Ga.* 478.    *Judgment affirmed.*
December 28, 1891.

*Certiorari. Practice. Before Judge Mc*WHORTER. Taliaferro superior court. February term, 1891.

Mrs. Little sued Richards in a justice's court, and obtained a verdict. Richards carried the case to the superior court by *certiorari*, but it does not appear what error was assigned in his petition therefor. The evidence at the trial before the jury in the justice's court appeared; and it was further stated in the petition for *certiorari* that certain rulings were made by the justice. As to these rulings the justice stated in his answer that the petition was incorrect; and Richards traversed this part of the answer. The superior court dismissed the *certiorari*, and struck the traverse; and to these rulings Richards excepted.

J. W. HIXON, by J. H. LUMPKIN, for plaintiff in error.
HORACE M. HOLDEN, *contra*.